UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| STEVEN K. LEE and CANORUS INC., Plaintiffs, v. KUDELSKI SA, Defendant. | ) | Case No. 00-22 (RHK/JMM) |

**STIPULATION AND PROTECTIVE ORDER**

UPON CONSIDERATION of this Stipulation of Defendant Kudelski S.A. ("Disclosing Party") and Plaintiffs Steven K. Lee and Canorus Inc., by and through their attorneys, for entry of an Order governing the disclosure and handling of documents and other items deemed confidential by the Disclosing Party, and by Agreement of counsel, it is ORDERED that:

1. The Disclosing Party may designate those charts, documents, or other items which it deems to contain confidential or proprietary information by stamping, marking or otherwise identifying such information as "CONFIDENTIAL." Such designation shall make such items and all copies, prints, summaries, or other reproductions of such information subject to this Order upon the condition that their designation is not contested by Plaintiff. (See paragraph #8.)

2. Any information, document or item subject to this Order and filed with the Court shall be sealed against disclosure except to the Court itself or the jury as trier of fact.

3. Information, documents and other items subject to this Order may be disclosed only to parties to this action and attorneys for parties in this case, their paralegal and clerical staffs, and experts retained or consulted by parties for assistance in trial preparation or for testimony in this case.

FEB 27 2001

4. Disclosure shall be made to such persons only as necessary for the prosecution of this lawsuit and only after the person to whom disclosure is made has been informed of the terms of this Order and has agreed in writing to be bound by it.

5. In the case of experts retained or consulted by a party the expert shall be bound by the terms of this Order and shall signify in writing by affixing their signature to a copy of this Order, their knowledge of and agreement to the terms of this Order prior to any disclosure to them.

6. Information, documents and other items subject to this Order may not be used for any purpose other than the prosecution of this lawsuit.

7. This Order shall not preclude the parties from exercising any rights or raising any objections otherwise available to them under the rules of discovery and evidence.

8. If the recipient of documents, information or other items subject to this Order believes the materials should not be treated as being within the scope of this Stipulation and Protective Order, the recipient shall so notify counsel for the Disclosing Party. If counsel for the Disclosing Party does not agree with the recipient, the Disclosing Party may apply to the Court for a determination of the issue. The burden is on the disclosing party to establish that the items in dispute are entitled to a protective order. Until such time as the Court rules on the motion, the items in dispute shall be treated as being within the scope of this Stipulation and Protective Order.

9. The designation by counsel for the Disclosing Party of any documents, information or other items as "CONFIDENTIAL" is intended solely to facilitate the preparation and trial of this case. Such designation shall not be deemed an admission or agreement by the recipient that the designated material constitutes or contains confidential or proprietary information.

10. Upon completion of the trial and any appeals in this action, or upon conclusion of any settlement, all parties shall return to the disclosing party all documents, information and other items which are subject to this Protective Order.

Entered this 27 day of Febrary, 2001.

The Honorable John M. Mason
Magistrate Judge, United States District Court for
The District of Minnesota

PRESENTED AND APPROVED BY:

Richard M. Ihrig, Bar No. 48756
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2205
(612) 371-3211

*Of counsel:*
Philip L. Cohan
Mark W. Carmean
Piper Marbury Rudnick & Wolfe LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
(202) 861-3900

Attorneys for Defendant Kudelski S.A.

Scott E. Korzenowski, Bar No. 027155X
Jeffery S. Haff No. 202265
Dady & Garner, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 359-9000

Attorneys for Plaintiffs Steven K. Lee and Canorus Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.