UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEVEN K. LEE and CANORUS INC.,

Plaintiffs,

v.

KUDELSKI SA,

Defendant.

Case No. 00-22 (RHK/JMM)

**ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, particularly Local Rule 16.3, the discovery deadline will be extended from March 1, 2001 to March 30, 2001 for the sole purpose of taking the depositions of Aldona Mury, Pierre Roy, and Jean-Claude Schlup.

Dated: March 5, 2001

JOHN M. MASON
United States Magistrate Judge

MAR - 5 2001
OSAL, CLERK