**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

STEVEN K. LEE, ETAL

Plaintiff,

vs. CV 00-22 RHK/JMM

KUDELSKI SA

Defendant.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for Monday, April 30, 2001, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

April 16, 2001

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED APR 16 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK