UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Steven K. Lee and Canorus, Inc.,

Plaintiffs,

Civil No. 00-22 (RHK/JMM)

vs.

**AMENDED ORDER FOR TRIAL**

Kudelski SA,

Defendant.

---

Trial will begin in St. Paul, Minnesota, at 9:30 a.m. on Tuesday, May 1, 2001, preceded by final pretrial/status conference at 8:00 a.m.

Dated: April 17, 2001

RICHARD H. KYLE
United States District Judge

FILED APR 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK