UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEVEN K. LEE and CANORUS INC., ) Case No. 00-22 (RHK/JMM)
)
Plaintiffs, )
)
v. )
)
KUDELSKI SA, )
)
Defendant. )

**ORDER**

In consideration of the parties' Joint Stipulation of Dismissal and the entire record herein, it is this 18th day of June 2001, hereby:

**ORDERED,** that the claims asserted in this Action are hereby dismissed with prejudice, with each party to bear its own costs.

Richard H. Kyle
Judge, United States District Court
For the District of Minnesota

FILED JUN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| STEVEN K. LEE and CANORUS INC., Plaintiffs, v. KUDELSKI SA, Defendant. | ) | Case No. 00-22(RHK/JMM) |

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs Steven K. Lee and Canorus Inc. ("Plaintiffs") and Defendant Kudelski S.A. ("KSA") (collectively the "Parties), hereby submit the following Joint Stipulation of Dismissal. The Parties to this Action hereby stipulate and agree as follows:

1. The parties to this Action have come to terms on a confidential settlement of their underlying disputes and do not wish to have this case proceed to trial.

2. Accordingly, the Parties agree that all claims and counterclaims asserted in this Action are hereby dismissed with prejudice, with each party to bear its own costs.

FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Dated: ~~May~~ June 14, 2001

Respectfully submitted,

Richard M. Ihrig, Bar No. 48756
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2205
(612) 371-3211

*Of counsel:*
Philip L. Cohan
Mark W. Carmean
Piper Marbury Rudnick & Wolfe LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
(202) 861-3900

Attorneys for Defendant Kudelski S.A.

Jeffery S. Haff, Bar No. 202265
Scott E. Korzenowski, Bar No. 027155X
Dady & Garner, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 359-9000

Attorneys for Plaintiffs Steven K. Lee and Canorus, Inc.